Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | SPG Hospice, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-2586236 |
| 4. | Debtor's address | **Principal place of business**<br><br>7975 N. Hayden Rd, Suite D-354<br>Scottsdale, AZ 85258<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **SPG Hospice, LLC**
Name

Case number (if known) _____

## 7. Describe debtor's business

**A. Check one:**

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

**B. Check all that apply**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__6221__

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**Check one:**

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check all that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  SPG Hospice, LLC                                    Case number (if known)
        Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                 ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 19, 2022
             MM / DD / YYYY

X /s/ Nima Ghadimi
Signature of authorized representative of debtor

Nima Ghadimi
Printed name

Title  Mananging Member

Email Address of debtor

**18. Signature of attorney**

X /s/ Jonathan Philip Ibsen
Signature of attorney for debtor

Date  April 19, 2022
      MM / DD / YYYY

Jonathan Philip Ibsen 023284
Printed name

Canterbury Law Group, LLP
Firm name

14300 N. Northsight Blvd., Suite 129
Scottsdale, AZ 85260
Number, Street, City, State & ZIP Code

Contact phone  (480) 240-0040      Email address  jibsen@clgaz.com

023284 AZ
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SPG Hospice, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 19, 2022**     X /s/ Nima Ghadimi
Signature of individual signing on behalf of debtor

**Nima Ghadimi**
Printed name

**Mananging Member**
Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:22-bk-02385-EPB   Doc 1   Filed 04/19/22   Entered 04/19/22 14:30:03   Desc
Main Document    Page 5 of 18

Fill in this information to identify the case:

Debtor name: SPG Hospice, LLC
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ability<br>P.O. Box 856015 Minneapolis<br>Minneapolis, MN 55485 | | | Contingent<br>Unliquidated<br>Disputed | | | $1,588.00 |
| Arizona Dept. of Health & Human Services<br>1550 E. Indian School Road<br>Phoenix, AZ 85014 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Cox Communications<br>P.O. Box 53249<br>Phoenix, AZ 85072 | | | Contingent<br>Unliquidated<br>Disputed | | | $452.00 |
| Creative Business Solutions<br>1500 E. Bethany Home Rd. Suite 200<br>Phoenix, AZ 85014 | | | Contingent<br>Unliquidated<br>Disputed | | | $30,402.00 |
| Dr. Evan Trost<br>23028 N. 44th Place Phoenix<br>Phoenix, AZ 85050 | | | Contingent<br>Unliquidated<br>Disputed | | | $185,000.00 |
| Fountain View Village<br>16455 East Avenue of the Fountains<br>Fountain Hills, AZ 85268 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Hope Through Healing<br>P.O. Box 26825<br>Scottsdale, AZ 85255 | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

| Debtor | SPG Hospice, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mckesson<br>9954 Maryland Drive<br>Suite 4000<br>Henrico, VA 23233 | | | Contingent<br>Unliquidated<br>Disputed | | | $5,357.00 |
| Medline<br>3 Lakes Dr.<br>Northfield<br>Winnetka, IL 60093 | | | Contingent<br>Unliquidated<br>Disputed | | | $508.00 |
| Melcor Developments Arizona Inc/ Edge<br>20100 N. 78th Place<br>Scottsdale, AZ 85255 | | | Contingent<br>Unliquidated<br>Disputed | | | $818.00 |
| NaviHealth<br>c/o Curaspan Health Group Inc<br>210 Westwood place Suite 400<br>Brentwood, TN 37027 | | | Contingent<br>Unliquidated<br>Disputed | | | $9,313.00 |
| One Point Patient Care<br>235096 OP Pharmacy LLC<br>235096 OP Pharmacy LLC PO Box 85096<br>Chicago, IL 60689 | | | Contingent<br>Unliquidated<br>Disputed | | | $33,996.00 |
| POA<br>P.O. Box 41602<br>Philadelphia<br>Philadelphia, PA 19101 | | | Contingent<br>Unliquidated<br>Disputed | | | $310.00 |
| Quality Transport Services<br>219 Industrial Drive Ridgeland<br>Ridgeland, MS 39157 | | | Contingent<br>Unliquidated<br>Disputed | | | $84.00 |
| Rapid Ray<br>P.O. Box 744<br>Cortaro<br>Cortaro, AZ 85652 | | | Contingent<br>Unliquidated<br>Disputed | | | $2,912.16 |
| Semple Marchal & Cooper<br>3101 N Central Ave, Ste 1600<br>Phoenix, AZ 85012 | | | Contingent<br>Unliquidated<br>Disputed | | | $23,874.00 |
| Stateserve<br>1201 S Alma School Rd Suite 4000<br>Mesa, AZ 85210 | | | Contingent<br>Unliquidated<br>Disputed | | | $13,742.00 |

| Debtor | SPG Hospice, LLC | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- |
| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wellsky 11300 Switzer Bypass Overland Park, KS 66210 | | | Contingent Unliquidated Disputed | | | $2,474.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:22-bk-02385-EPB   Doc 1   Filed 04/19/22   Entered 04/19/22 14:30:03   Desc
Main Document    Page 8 of 18

Fill in this information to identify the case:

Debtor name: **SPG Hospice, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Ability**<br>P.O. Box 856015 Minneapolis<br>Minneapolis, MN 55485<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,588.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Arizona Dept. of Health & Human Services**<br>1550 E. Indian School Road<br>Phoenix, AZ 85014<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Cox Communications**<br>P.O. Box 53249<br>Phoenix, AZ 85072<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $452.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Creative Business Solutions**<br>1500 E. Bethany Home Rd. Suite 200<br>Phoenix, AZ 85014<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $30,402.00 |

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.5 | Dr. Evan Trost<br>23028 N. 44th Place Phoenix<br>Phoenix, AZ 85050<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $185,000.00 |
| 3.6 | Fountain View Village<br>16455 East Avenue of the Fountains<br>Fountain Hills, AZ 85268<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.7 | Hope Through Healing<br>P.O. Box 26825<br>Scottsdale, AZ 85255<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.8 | Mckesson<br>9954 Maryland Drive Suite 4000<br>Henrico, VA 23233<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,357.00 |
| 3.9 | Medline<br>3 Lakes Dr. Northfield<br>Winnetka, IL 60093<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $508.00 |
| 3.10 | Melcor Developments Arizona Inc/ Edge<br>20100 N. 78th Place<br>Scottsdale, AZ 85255<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $818.00 |
| 3.11 | NaviHealth<br>c/o Curaspan Health Group Inc<br>210 Westwood place Suite 400<br>Brentwood, TN 37027<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,313.00 |

Debtor  SPG Hospice, LLC                                   Case number (if known)

| | | |
|---|---|---:|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>One Point Patient Care<br>235096 OP Pharmacy LLC<br>235096 OP Pharmacy LLC PO Box 85096<br>Chicago, IL 60689<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $33,996.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>POA<br>P.O. Box 41602 Philadelphia<br>Philadelphia, PA 19101<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $310.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Quality Transport Services<br>219 Industrial Drive Ridgeland<br>Ridgeland, MS 39157<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $84.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Rapid Ray<br>P.O. Box 744 Cortaro<br>Cortaro, AZ 85652<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,912.16 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Semple Marchal & Cooper<br>3101 N Central Ave, Ste 1600<br>Phoenix, AZ 85012<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $23,874.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Stateserve<br>1201 S Alma School Rd Suite 4000<br>Mesa, AZ 85210<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $13,742.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Wellsky<br>11300 Switzer Bypass<br>Overland Park, KS 66210<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,474.00 |

Debtor  SPG Hospice, LLC  
Case number (if known)

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 310,830.16 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 310,830.16 |

## United States Bankruptcy Court
### District of Arizona

In re: **SPG Hospice, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nima Ghadimi<br>10 Kingsport Dr.<br>Newport Coast, CA 92657 | Membership Interest | 100% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Mananging Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 19, 2022**

Signature **/s/ Nima Ghadimi**
Nima Ghadimi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re  SPG Hospice, LLC
Debtor(s)

Case No. _____
Chapter  11

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Mananging Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __2__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: April 19, 2022

/s/ Nima Ghadimi
Nima Ghadimi/Mananging Member
Signer/Title

Date: April 19, 2022

/s/ Jonathan Philip Ibsen
Signature of Attorney
Jonathan Philip Ibsen 023284
Canterbury Law Group, LLP
14300 N. Northsight Blvd., Suite 129
Scottsdale, AZ 85260
(480) 240-0040  Fax: (480) 656-5966

MML_Requirements_8-2018

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

MML-3

Best Case Bankruptcy

Case 2:22-bk-02385-EPB    Doc 1    Filed 04/19/22    Entered 04/19/22 14:30:03    Desc
Main Document    Page 14 of 18

SPG Hospice, LLC -

ABILITY  
P.O. BOX 856015 MINNEAPOLIS  
MINNEAPOLIS MN 55485

ARIZONA DEPT. OF HEALTH & HUMAN SERVICES  
1550 E. INDIAN SCHOOL ROAD  
PHOENIX AZ 85014

COX COMMUNICATIONS  
P.O. BOX 53249  
PHOENIX AZ 85072

CREATIVE BUSINESS SOLUTIONS  
1500 E. BETHANY HOME RD. SUITE 200  
PHOENIX AZ 85014

DR. EVAN TROST  
23028 N. 44TH PLACE PHOENIX  
PHOENIX AZ 85050

FOUNTAIN VIEW VILLAGE  
16455 EAST AVENUE OF THE FOUNTAINS  
FOUNTAIN HILLS AZ 85268

HOPE THROUGH HEALING  
P.O. BOX 26825  
SCOTTSDALE AZ 85255

MCKESSON  
9954 MARYLAND DRIVE SUITE 4000  
HENRICO VA 23233

MEDLINE  
3 LAKES DR. NORTHFIELD  
WINNETKA IL 60093

MELCOR DEVELOPMENTS ARIZONA INC/ EDGE  
20100 N. 78TH PLACE  
SCOTTSDALE AZ 85255

NAVIHEALTH  
C/O CURASPAN HEALTH GROUP INC  
 210 WESTWOOD PLACE SUITE 400  
BRENTWOOD TN 37027

SPG Hospice, LLC -


ONE POINT PATIENT CARE
235096 OP PHARMACY LLC
235096 OP PHARMACY LLC PO BOX 85096
CHICAGO IL 60689


POA
P.O. BOX 41602 PHILADELPHIA
PHILADELPHIA PA 19101


QUALITY TRANSPORT SERVICES
219 INDUSTRIAL DRIVE RIDGELAND
RIDGELAND MS 39157


RAPID RAY
P.O. BOX 744 CORTARO
CORTARO AZ 85652


SEMPLE MARCHAL & COOPER
3101 N CENTRAL AVE, STE 1600
PHOENIX AZ 85012


STATESERVE
1201 S ALMA SCHOOL RD SUITE 4000
MESA AZ 85210


WELLSKY
11300 SWITZER BYPASS
OVERLAND PARK KS 66210

# United States Bankruptcy Court
## District of Arizona

In re: **SPG Hospice, LLC**

Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SPG Hospice, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Nima Ghadimi
10 Kingsport Dr.
Newport Coast, CA 92657

☐ None [*Check if applicable*]

April 19, 2022
Date

/s/ Jonathan Philip Ibsen
Jonathan Philip Ibsen 023284
Signature of Attorney or Litigant
Counsel for **SPG Hospice, LLC**
Canterbury Law Group, LLP
14300 N. Northsight Blvd., Suite 129
Scottsdale, AZ 85260
(480) 240-0040 Fax:(480) 656-5966
jibsen@clgaz.com