SIGNED.

Dated: April 21, 2022

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SPG HOSPICE, LLC,<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 2:22-bk-02385-EPB<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S REQUEST FOR EXPEDITED HEARING REGARDING:**<br><br>**UNITED STATES TRUSTEE'S EMERGENCY MOTION FOR APPOINTMENT OF PATIENT CARE OMBUDSMAN** |

On April 21, 2022, the United States Trustee for the District of Arizona (the "**U.S. Trustee**") filed her *Emergency Motion for Appointment of Patient Care Ombudsman and Request for an Expedited Hearing* (the "**Expedited Motion**"). This Court having reviewed and considered the Expedited Motion, and good cause appearing,

**HEREBY ORDERS** the hearing regarding the *Expedited Motion* shall be held on **April 22, 2022 at 2:00 p.m.**. **The hearing shall occur telephonically at 877-810-9415, access code 1064631.**

**IT IS FURTHER ORDERED** that the U.S. Trustee shall immediately serve a copy of this Order on those parties served with copies of the Expedited Motion.

DATED AND SIGNED ABOVE